IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 91

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| PAUL CHARLES LOVINGOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a "Motion for Release to an Inpatient Treatment Program" (#30) filed by counsel for Defendant. This matter came on for hearing before the undersigned and Defendant appeared with his counsel, Mary Ellen Coleman and the Government was present through AUSA Christopher Hess. After hearing arguments of counsel for Defendant and counsel for the Government, the undersigned has determined to allow the motion and will release Defendant for the sole purpose of attending an inpatient treatment program.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the "Motion for Release to an Inpatient Treatment Program" (#30) is **ALLOWED**.

Signed: February 16, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge