# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

UNITED STATES OF AMERICA

    V.                                    CASE NUMBER: 1:16cr0091

Paul Charles Lovingood

THIS MATTER is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Paul Charles Lovingood (USM# 32973-058), for a resentencing hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Asheville not later than July 6, 2018, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: June 15, 2018

*Max O. Cogburn Jr.*
United States District Judge